

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00395-CR

Rigo **GUERRA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 11-09-00042-CRL
Honorable Donna S. Rayes, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED October 29, 2014.

_____
Marialyn Barnard, Justice